Florence Tlusty, by Abraham Tlusty, Her Guardian ad Litem, Respondent, v. Anna J. Doyle, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. John Fitzpatrick, Appellant, v. James A. Henderson, Individually and as Superintendent of the Bureau of Buildings in the Borough of The Bronx, and Others, Respondents.— Order affirmed, with costs. No opinion. Present — Ingraham, P. J. McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Joseph W. Stern and Edward B. Marks, Copartners Engaged in Business under the Firm Name and Style of Joseph W. Stern & Co., Respondents, v. Carl Laemmle and Others, Appellants, Impleaded with Others.— Judgment affirmed, with costs, with leave to defendants to withdraw demurrers and answer on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Martha T. Brown, Appellant, v. Arbogast & Bastian Company, Respondent, Impleaded with Remington Typewriter Company. (2 cases.) — Orders affirmed, with ten dollars costs and disbursements. No opinions. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The Sultan of Turkey, Appellant, v. Haroutyoun Tiryakian and Another, Respondents.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Katherine Duggan, Respondent, v. Sylvester E. Staggs, Appellant.— Judgment affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Alethea Koupal, Appellant, v. Marcus Mayer, Respondent, Impleaded with Others.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

The People of the State of New York ex rel. Joseph Michaelson, Relator, v. Rhinelander Waldo, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Marguerite Gilbert, Appellant, v. Isabella V. Adams, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

August Schieck, Respondent, v. Mary L. McDevitt, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ.

Henry P. Hatch and Arthur M. Hatch, Respondents, v. Otto C. Heinze and Others, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Hotchkiss, JJ.